UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| K&F RESTAURANT HOLDINGS, LTD., d/b/a IZZO'S ILLEGAL BURRITO, ET AL. | CIVIL ACTION |
| VERSUS | NO. 18-627-JWD-RLB |
| DONALD J. ROUSE, JR., ET AL. | |

## JUDGMENT

The Court having dismissed all of the federal claims of K&F Restaurant Holding, Ltd, K&F Restaurant Operations, LLC, G&O Pizza Holdings, Ltd. d/b/a Lit Pizza, G&O Restaurant Operations, LLC, LIT Pizza, Osvaldo Fernandez and A. Gary Kovacs ("Plaintiffs") and having declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims (Doc. 41)

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby rendered in favor of Defendants Donald J. Rouse, Jr., Donald J. Rouse, Sr., Thomas B. Rouse, Allison Rouse Royster, Rouse's Enterprises, L.L.C. and NARF Management, LLC ("Defendants") and against Plaintiffs and that: (1) all of Plaintiffs' federal claims against Defendants are **DISMISSED WITH PREJUDICE**; and (2) all of Plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on February 26, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA